# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD BISCOE,<br><br>            Plaintiff,<br><br>v.<br><br>MCADOO POLICE DEPARTMENT,<br><br>            Defendant. | CIVIL ACTION NO. 3:15-CV-00790<br><br>(CAPUTO, J.)<br>(MEHALCHICK, M.J.) |

## REPORT AND RECOMMENDATION

On April 22, 2015, Plaintiff Gerald Biscoe, proceeding *pro se*, filed the above-captioned civil rights action under 42 U.S.C. § 1983 against the McAdoo Police Department. (Doc. 1). On May 29, 2015, the undersigned recommended that that the complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2) with leave to file an amended complaint. (Doc. 6). On June 26, 2015, the Court adopted the report and recommendation, and ordered Plaintiff to file an amended complaint within twenty one (21) days. (Doc. 7). Plaintiff failed to timely file an amended complaint in accordance with the Court's Order. (Doc. 7). Accordingly, it is recommended that the instant civil-action be closed.

Based on the forgoing, it is recommended that the Clerk be directed to close this case.

                                                    **BY THE COURT:**

Dated: October 27, 2015                                       *s/ Karoline Mehalchick*
                                                              **KAROLINE MEHALCHICK**
                                                              **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD BISCOE,<br><br>   Plaintiff,<br><br>v.<br><br>MCADOO POLICE DEPARTMENT,<br><br>   Defendant. | CIVIL ACTION NO. 3:15-CV-00790<br><br>(CAPUTO, J.)<br>(MEHALCHICK, M.J.) |

## NOTICE

**NOTICE IS HEREBY GIVEN** that the undersigned has entered the foregoing **Report and Recommendation** dated **October 27, 2015**. Any party may obtain a review of the Report and Recommendation pursuant to Rule 72.3, which provides:

> Any party may object to a magistrate judge's proposed findings, recommendations or report addressing a motion or matter described in 28 U.S.C. § 636(b)(1)(B) or making a recommendation for the disposition of a prisoner case or a habeas corpus petition within fourteen (14) days after being served with a copy thereof. Such party shall file with the clerk of court, and serve on the magistrate judge and all parties, written objections which shall specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for such objections. The briefing requirements set forth in Local Rule 72.2 shall apply. A judge shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge, however, need conduct a new hearing only in his or her discretion or where required by law, and may consider the record developed before the magistrate judge, making his or her own determination on the basis of that record. The judge may also receive further evidence, recall witnesses or recommit the matter to the magistrate judge with instructions.

**Dated: October 27, 2015**

                           *s/ Karoline Mehalchick*
                           **KAROLINE MEHALCHICK**
                           **United States Magistrate Judge**