# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD BISCOE, | |
| Plaintiff, | NO. 3:15-CV-00790 |
| v. | (JUDGE CAPUTO) |
| MCADOO POLICE DEPARTMENT, | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendant. | |

## ORDER

**NOW**, this 14th day of December, 2015, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 8) is **ADOPTED in its entirety**.

(2) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge